Scott, Appellant, *v.* Scott.

Argued September 27, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Guy L. Warman,* with him *Metz, Cook, Hanna & Kelly,* for appellant.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, December 20, 1971:
Decree affirmed. Appellant to bear own costs.
Mr. Chief Justice BELL and Mr. Justice BARBIERI took no part in the consideration or decision of this case.